IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROY E. TOLLIVER, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-00977-O-BP |
| | § | |
| BANK OF NEW YORK MELLON FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC., ASSET BACKED CERTIFICATES, SERIES 2007-3, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On August 5, 2019, the United States Magistrate Judge made Findings, Conclusions, and Recommendation in this case. *See* ECF No. 43. After conducting a *de novo* review of all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objections thereto (*see* ECF No.44), in accordance with 28 U.S.C. § 636(b)(1), the Court determines that the Findings and Conclusions of the Magistrate Judge are correct, and Plaintiff's objections thereto are **OVERRULED** as without merit. The Magistrate Judge's Findings and Conclusions are hereby **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED**.

**SO ORDERED** this **20th day** of **August, 2019**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE